PER CURIAM.

(No. 75-CC-367—

JULES JAFFE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF BUSINESS AND ECONOMIC DEVELOPMENT, Respondent.

*Opinion filed December 6, 1974.*

JULES JAFFE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-410—

LYLE GRACE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 6, 1974.*

LYLE GRACE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.